IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

WILLIE A. WASHINGTON                              PLAINTIFF

v.                CASE NO. 2:18-CV-00064 BSM

JOHNNIE JONES, Lieutenant,
St. Francis County Jail; et al.                            DEFENDANTS

## ORDER

The recommended disposition submitted by United States Magistrate Judge Joe J. Volpe [Doc. No. 9] has been reviewed. No objections have been filed. After careful review of the record, the recommended disposition is adopted in its entirety. Accordingly, the amended complaint [Doc. No. 8] is dismissed without prejudice for a failure to state a claim, and dismissal of this case counts as a "strike" for the purposes of 28 U.S.C. section 1915(g). It is certified, pursuant to 28 U.S.C. section 1915(a)(3), that an *in forma pauperis* appeal from this order and accompanying judgment would not be taken in good faith.

IT IS SO ORDERED this 27th day of June 2018.

UNITED STATES DISTRICT JUDGE